[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11394

Non-Argument Calendar

_____

ZEBELEDE GARRISON,

                                                    Plaintiff-Appellant,

*versus*

LIEUTENANT H. NUZUM,
Individual Capacity,
SERGEANT ORTIZ CRUZ,
Individual Capacity,
LEILA LITMAN,
Cert. Officer, Individual Capacity,
JOSHUA HABETLE,
Individual Capacity,

2                    Opinion of the Court                    24-11394

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:23-cv-00916-JLB-KCD

_____

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Zebelede Garrison appeals a magistrate judge's April 15, 2024 order denying his motion demanding a jury trial. However, unless the parties consent to a magistrate judge conducting the entire proceeding, we lack jurisdiction to directly review magistrate judge orders, as an appeal from such an order must be taken to the district court. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009); 28 U.S.C. § 636(c). It does not appear that the parties have consented to the magistrate judge conducting the entire proceeding in this case. Furthermore, even if the district court ultimately affirms the order, the subsequent affirmance would not cure the premature notice of appeal. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.